UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL ALONSO ZARAGOZA,<br><br>Petitioner,<br><br>v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>Respondents. | Case No. 4:18-cv-00937-KAW<br><br>**ORDER GRANTING RESPONDENTS' MOTION TO DISMISS THE HABEAS PETITION**<br><br>Re: Dkt. No. 19 |

On July 9, 2018, Respondents filed a motion to dismiss the habeas petition for lack of jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), in light of Petitioner's removal from the United States on July 2, 2018. (Resp't's Mot., Dkt. No. 19 at 1.) Petitioner's habeas petition sought a bond hearing before an immigration judge, but, due to his removal, the undersigned can no longer grant the relief sought. *Id.* at 2.

On July 16, 2018, Petitioner filed a notice of non-opposition, in which he acknowledged that the habeas petition was mooted by the removal. (Dkt. No. 20 at 1.)

Accordingly, Respondents' motion to dismiss the habeas petition is GRANTED without leave to amend. The Clerk shall close the case.

IT IS SO ORDERED.

Dated: July 18, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge